**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **BERTHA L. CRUMBLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:13-CV-291 (MTT)** |
| ) | |
| **CAROLYN W. COLVIN,** *Commissioner* ) | |
| *of Social Security Administration*, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This matter is before the Court on the Recommendation of United States

Magistrate Judge Charles H. Weigle.  (Doc. 16).  The Magistrate Judge, having

reviewed the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), recommends

remanding the Commissioner's denial of the Plaintiff's claim for Social Security disability

insurance benefits because the record contains prejudicial evidentiary gaps, which

make meaningful judicial review impossible.  Specifically, the Magistrate Judge found

that the ALJ did not develop a full and fair record by failing to obtain necessary records

from one of the Plaintiff's treating physicians.  The Magistrate Judge further found that

the ALJ erred by discounting the Plaintiff's subjective testimony regarding her alleged

mental impairments.  Neither Party filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts

the findings, conclusions, and recommendations of the Magistrate Judge.  The

Recommendation is adopted and made the order of this Court.  The Commissioner's

decision is **REMANDED** to the Commissioner to reevaluate Dr. Hammond's

questionnaire and the Plaintiff's subjective testimony regarding her mental limitations**.**

      **SO ORDERED**, this 10th day of July, 2014.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT