IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BERTHA L. CRUMBLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 5:13-CV-291 (MTT) |
| | ) |
| CAROLYN W. COLVIN, *Commissioner of Social Security Administration*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles H. Weigle (Doc. 22) on the Plaintiff's motion for attorney's fees (Doc. 20) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Neither party filed an objection to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is adopted and made the order of this Court.  Accordingly, the Plaintiff's motion for attorney's fees (Doc. 20) is **GRANTED**, and it is **ORDERED** that the Plaintiff receive attorney's fees in the amount of $7,118.77.  The parties' joint stipulation (Doc. 21), construed as a joint, unopposed motion for attorney's fees, is **DENIED as MOOT.**

SO ORDERED, this 14th day of November, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT